IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

DANIEL RODRIGUEZ, JR.,
    Petitioner

v.                                                          Civil No. 3:19cv845 (DJN)

COMMONWEALTH OF VIRGINIA,
    Respondent.

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1.    The Report and Recommendation is hereby ACCEPTED and ADOPTED;

2.    The action is hereby DISMISSED WITHOUT PREJUDICE; and,

3.    A certificate of appealability is hereby DENIED.

Petitioner is advised that he has the right to appeal the decision of the Court. Should he wish to do so, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a written notice of appeal may result in the loss of the ability to appeal.

The Clerk is DIRECTED to send a copy of this Order to Petitioner.

It is so ORDERED.

                                                                       /s/
                                                                  David J. Novak

Date:  March 25, 2020                                United States District Judge
Richmond, Virginia